# EXHIBIT 2

| | | |
|---|---|---|
| 08/01/2024 | **First Time Case Management**  (9:30 AM) | (Judicial Officer: Sherlock, Patrick J.) |
| | Resource: Location L2007 Court Room 2007 | |
| | Resource: Location D1 Richard J Daley Center | |

07/22/2024

File Appearance Or Jury Demand, Answer Or Plead - Allowed -    (Judicial Officer: Sherlock, Patrick J.)
    Party:    Defendant BOCKARD, CLIFF ROY;
               Defendant CABOT, KRISTIN;
               Defendant CORSON, KENT;
               Defendant NEO4J, INC.;
               Defendant PERREAULT, ALYSSA N;
               Defendant ROUALET, MARC A;
               Defendant TUREK, STEVE M;
               Defendant WELCH, ALYSON S.

07/22/2024

Extend Time - Allowed -    (Judicial Officer: Sherlock, Patrick J.)
    Party:    Defendant BOCKARD, CLIFF ROY;
               Defendant CABOT, KRISTIN;
               Defendant CORSON, KENT;
               Defendant NEO4J, INC.;
               Defendant PERREAULT, ALYSSA N;
               Defendant ROUALET, MARC A;
               Defendant TUREK, STEVE M;
               Defendant WELCH, ALYSON S.

07/16/2024

File Appearance Or Jury Demand, Answer Or Plead - Allowed -    (Judicial Officer: Sherlock, Patrick J.)
    Party:    Defendant CABOT, KRISTIN;
               Defendant CORSON, KENT;
               Defendant NEO4J, INC.;
               Defendant PERREAULT, ALYSSA N;
               Defendant ROUALET, MARC A;
               Defendant TUREK, STEVE M;
               Defendant WELCH, ALYSON S.

07/16/2024

Extend Time - Allowed -    (Judicial Officer: Sherlock, Patrick J.)
    Party:    Defendant CABOT, KRISTIN;
               Defendant CORSON, KENT;
               Defendant NEO4J, INC.;
               Defendant PERREAULT, ALYSSA N;
               Defendant ROUALET, MARC A;
               Defendant TUREK, STEVE M;
               Defendant WELCH, ALYSON S.

07/16/2024

File Appearance Or Jury Demand, Answer Or Plead - Allowed -    (Judicial Officer: Sherlock, Patrick J.)
    Party:    Defendant BOCKARD, CLIFF ROY;
               Defendant CABOT, KRISTIN;
               Defendant CORSON, KENT;
               Defendant NEO4J, INC.;
               Defendant PERREAULT, ALYSSA N;
               Defendant ROUALET, MARC A;
               Defendant TUREK, STEVE M;
               Defendant WELCH, ALYSON S.

07/16/2024

Extend Time - Allowed -    (Judicial Officer: Sherlock, Patrick J.)
    Party:    Defendant BOCKARD, CLIFF ROY;
               Defendant CABOT, KRISTIN;
               Defendant CORSON, KENT;
               Defendant NEO4J, INC.;
               Defendant PERREAULT, ALYSSA N;
               Defendant ROUALET, MARC A;
               Defendant TUREK, STEVE M;
               Defendant WELCH, ALYSON S.

07/15/2024

Notice Of Motion Filed
    *Defendants Notice of Routine Motion for Extension of Time*
    Party:    Defendant NEO4J, INC.

07/15/2024

Routine Motion Filed
    *Defendants Routine Motion for an Extension of Time*
    Party:    Defendant NEO4J, INC.

07/15/2024

Notice Of Filing Filed
    *Notice of filing Appearance of Nicholas J. Daly on behalf of Defendants*
    Party:    Defendant NEO4J, INC.
    Party 2:    Attorney Daly, Nicholas Jon

| Date | Event |
|---|---|
| 07/15/2024 | **Appearance Filed - Fee Paid -** <br> *Appearance of Nicholas J Daly on behalf of Defendants* <br> Party: Defendant NEO4J, INC. <br> Party 2: Attorney Daly, Nicholas Jon |
| 06/28/2024 | **Alias Summons Issued** <br> *First Alias Summons - Defendant, Steve Turek* <br> Party: Plaintiff CRAWLEY, CHARLES |
| 06/28/2024 | **Alias Summons Issued** <br> *First Alias Summons - Defendant - Alyson Welch* <br> Party: Plaintiff CRAWLEY, CHARLES |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Defendant BOCKARD, CLIFF ROY |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Defendant CABOT, KRISTIN |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Defendant CORSON, KENT |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Plaintiff CRAWLEY, CHARLES <br> Party 2: Attorney Durkin, Patricia Carlson |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Plaintiff CRAWLEY, CHARLES <br> Party 2: Attorney Durkin, Patricia Carlson |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Defendant PERREAULT, ALYSSA N |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Defendant ROUALET, MARC A |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Defendant TUREK, STEVE M |
| 06/28/2024 | **Electronic Notice Sent** <br> Party: Defendant WELCH, ALYSON S. |
| 06/28/2024 | **Postcard Generated** <br> Party: Defendant NEO4J, INC. |
| 06/27/2024 | **Summons Returned - N.S. Reason: Moved** <br> *Sheriff ID: 20118763, Sheriff Filename: 2024L00584920118763.pdf* <br> Date Served: 06/25/2024 <br> Party: Defendant TUREK, STEVE M |
| 05/31/2024 | **Summons Issued And Returnable** <br> *Summons for Defendants* <br> Party: Plaintiff CRAWLEY, CHARLES |
| 05/31/2024 | **Appearance Filed - No Fee Paid - (Jury Demand)** <br> *Appearance, Jury Demand and Law Civil Cover Sheet* <br> Party: Plaintiff CRAWLEY, CHARLES |
| 05/29/2024 | New Case Filing |
| 05/29/2024 | **Contract Complaint Filed (Jury Demand)** <br> *Complaint at Law with Exhibits* <br> Party: Plaintiff CRAWLEY, CHARLES <br> Party 2: Attorney Durkin, Patricia Carlson |