# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES CRAWLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| NEO4J, INC., a Delaware corporation; STEVE ) | |
| TUREK; KRISTIN CABOT; MARC ROUALET; ) | |
| ALYSON WELCH; CLIFF BOCKARD; KENT ) | |
| CORSON; and ALYSSA PERREAULT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF STEVE TUREK

I, Steve Turek, declare the following:

1. I am more than eighteen (18) years of age, suffering from no legal disability, and I make this declaration on my own personal knowledge.

2. My current primary residence is located at 3838 Pleasant Spring Drive, Naples, Florida.

3. Attached to this declaration as **Exhibit A** is a redacted photocopy of my Florida driver's license which includes my prior primary address in Florida.

4. I am a legal resident of Florida.

5. I have resided in Florida since 2021.

6. I do not currently reside in Illinois.

7. I have no intention of residing in Illinois in the future.

8. I intend to continue to reside in, and remain a legal resident of, Florida.

9. I am making this declaration in support of the removal of the above-captioned lawsuit from the Cook County Circuit Court (Illinois) to the United States District Court for the Northern District of Illinois.

Under penalties of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true and correct.

Executed this 29th day of July, 2024.

DocuSigned by:

*Steve Turek*

STEVE TUREK

# EXHIBIT A
## TO DECLARATION OF STEVE TUREK

