## JOB OPENINGS AT NEO4J, INC. - LOCATION - AMERICAS



**EXHIBIT 3**



Apply Now

# Entry Level Sales Development Representative (Chicago)

at Neo4j (View all jobs)

Chicago, Illinois

## About Neo4j:

Neo4j is the leader in Graph Database & Analytics, helping organizations uncover hidden relationships and patterns across billions of data connections deeply, easily and quickly. Customers use Neo4j to gain a deeper understanding and reveal new ways of solving their most pressing problems. Over 75% of Fortune 100 companies use Neo4j, along with a vibrant community of 250,000+ developers, data scientists, and architects across the globe.

At Neo4j, we're proud to be building the technology that powers breakthrough solutions for our customers, helping them cure diseases, fight fraud, crush pandemics, and accomplish their most ambitious missions—even if it's getting humans to Mars. Learn more at neo4j.com and follow us @Neo4j.

## Our Vision:

At Neo4j, we have always strived to help the world make sense of data.

As business, society and knowledge become increasingly connected, our technology promotes innovation by helping organizations to find and understand data relationships. We created, drive and lead the graph database category, and we're disrupting how organizations leverage their data to innovate and stay competitive.

**Sales Development Representative (Entry Level)**
at Neo4j

*Candidates must reside in the Greater Chicago Area to be considered*

**Neo4j Background:**
Gartner recently predicted that more than 80% of data innovations by 2025 will be powered by graph databases. Cloud computing powerhouses like Microsoft and Amazon have taken notice and begun investing in this technology in recent years. And no wonder, the market opportunity is staggering! The database market as a whole is $50B today and expected to reach $100B over the next 5 years and graph databases are situated to capture an enormous amount of that market. Graph databases are already the second most popular DB model in the world (behind traditional relational databases) and are rapidly growing in popularity.
Neo4j is, without question, the most popular graph database in the world....
● Neo4j is one of the fastest scaling technology companies in this industry. Well over $100M ARR and still rapidly growing.

Privacy - Terms

- Raised biggest round of funding in all of database history ($325M Series F).
- Backed by world class investors like Google Ventures (GV), Neo4j has raised over $582M in funding and is currently valued at $2Bn. This puts them among the most well-funded database companies in history.
- 75% of Fortune 100 use Neo4j today with more than 800 enterprise customers including Comcast, eBay, Adobe, Lyft, UBS, IBM, HP, and many more.
- Emil Eifrem (CEO) has built an amazing culture
- Countless awards in the industry. Massive Enterprises and individual developers/ data scientists love Neo4j. Strong sense of community and ecosystem is built around the platform.
- A recent Forrester Total Economic Impact Study pegged Neo4j as delivering 417% ROI to customers.

**Job Overview:**
As a member of our team, you will be supporting the growth of our SDR program and participate in other critical projects that contribute to the program's success.
Responsibilities:
- Contact, educate, and qualify inbound and outbound leads in order to generate qualified sales opportunities.
- Collaborate with the two very experienced Account Executives that you are paired with to develop opportunities in their target accounts and assigned territory.
- Conduct initial conversations with prospective customers at targeted Fortune 1000 companies to identify customer challenges, communicate potential Neo4j solutions that address them, and close for next steps.
- Leverage all tools and resources available, including email, telephone, web conferencing, webinars, training classes, and in-person live events to engage interested prospects.
- Invest in learning how Neo4j's technology addresses the technical and business challenges of enterprises across many industries and use cases.
- Create a positive prospect experience through professional rapport, knowledge of Neo4j capabilities, and customer references.
- Consistently meet and exceed KPI's for weekly meetings held and Qualified Sales Opportunities generated.

**Qualifications:**
- Bachelors degree in Marketing/Sales, Computer Science, Engineering, Finance or related field
- Previous internship experience within a Sales Development role is a major plus.
- Be a hard-working, self-starter, and willing to achieve a high volume of activity every day while maintaining a positive and energetic persona.
- Have positive, effective phone skills: including excellent listening, presentation, and objection handling, as well as strong writing skills.
- Be willing and able to learn new technologies.
- Demonstrate attention to detail, ensuring accurate entry and management of lead data in our SalesForce.com CRM system.
- Be proficient with standard corporate productivity tools (e.g., Google Docs, MS-Office, Salesforce.com, Web-conferencing, Outreach, Zoominfo)
- Be a team player with the highest level of integrity.

The annual on target earnings range for this position based in the United States is listed below. This range is an estimate, and the actual on target earnings may vary based on Neo4j's compensation practices, job related skills, depth of experience, relevant certifications and trainings, in addition to geographic location. Based on the factors above, Neo4j utilizes the full width of the range.



In addition to the range below, US employees are eligible for a stock option grant and certain roles are eligible for an annual bonus. Employees in this position are also eligible to participate in the Company's standard benefit programs, which currently include the following: medical, dental, and vision benefits, 401(k), paid time off, and certain leaves of absence.

**Annual On Target Earnings Range**
$90,000—$95,000 USD

# Why Join Neo4j?

Neo4j is, without question, the most popular graph database in the world. We have customers in every industry across the globe, and our products are a proven product/market fit. Joining our team is an opportunity to shape the future of data and analytics. Below are just a few exciting facts about Neo4j.

- Neo4j is one of the fastest scaling technology companies in this industry. Well over $100M ARR and still rapidly growing.
- Raised biggest round of funding in all of database history ($325M Series F).
- Backed by world class investors like Google Ventures (GV), Neo4j has raised over $582M in funding and is currently valued at $2Bn. This  puts them among the most well-funded database companies in history.
- 75% of Fortune 100 use Neo4j with more than 800 enterprise customers including Comcast, eBay, Adobe, Lyft, UBS, IBM, Volvo Cars and many more.
- Emil Eifrem (CEO) has built an amazing culture that prides itself on relationships, inclusiveness, innovation and customer success.
- Countless awards in the industry. Massive Enterprises and individual developers/ data scientists love Neo4j. Strong sense of community and ecosystem is built around the platform.
- A recent Forrester Total Economic Impact Study pegged Neo4j as delivering 417% ROI to customers.

Research shows that members of underrepresented communities are less likely to apply for jobs when they don't meet all of the qualifications. **If this is part of the reason you hesitate to apply, we'd encourage you to reconsider and give us the opportunity to review your application.** At Neo4j, we are committed to building awareness and helping to improve these issues.

One of our central objectives is to provide an inclusive, diverse, and equitable workplace for everyone to develop their potential and have a positive, career-defining experience. We look forward to receiving your application.

# Neo4j Values:

Neo4j is a Silicon Valley company with a Swedish soul. We foster collaboration and each of us is empowered to contribute and put our innovative stamp on projects. We hire candidates who reflect the following Neo4j core values:

(we)-[:VALUE]->(relationships)
(we)-[:FOCUS_ON]->(userSuccess)
(we)-[:THRIVE_IN]->(:Culture {type: ['Open', 'Inclusive']})
(we)-[:ASSUME]->(:Intent {direction:'Positive'})
(we)-[:WELCOME]->(:Discussions {nature: 'IntellectuallyHonest'})
(we)-[:DELIVER_ON]->(ourCommitments)

Neo4j is committed to protecting and respecting your privacy. Please read the privacy notice regarding Neo4j's recruitment process to understand how we will handle the personal data that you provide.

More information at www.neo4j.com.

## Apply for this Job

\* Required

First Name *

Last Name *

Email *

Phone

Resume/CV   Attach, Dropbox, Google Drive, or enter manually
(File types: pdf, doc, docx, txt, rtf)

Cover Letter   Attach, Dropbox, Google Drive, or enter manually
(File types: pdf, doc, docx, txt, rtf)

LinkedIn Profile *

To be considered you must reside in the Greater Chicago, IL area. Do you meet these requirements? *

Submit Application

Powered by greenhouse

Read our Privacy Policy