

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Home | My Network (1) | Jobs | Messaging | Notifications (23) | Me ▾ | For Business ▾ | Retry for $ |





**Steve T.** ✓ · 3rd
Vice President of Sales



- Neo4j

- DePaul Kellstadt Graduate School of Business

Chicago, Illinois, United States · **Contact info**

500+ connections

Message   **+ Connect**   More

## About

Seasoned software sales professional that has demonstrated the ability to lead complex sales cycles, develop relationships at all levels of an organization and help companies solve business problems with IT solutions.
...

## Activity

725 followers

**Steve T.** reposted this • 3w

My friend and our CTO, **Philip Rathle** explores the powerful impact of GraphRAG—the combination of knowledge graphs + Retrieval Augmented Generatio  ...show more

**The GraphRAG Manifesto: Adding Knowledge to GenAI - Graph Data...**
neo4j.com

 76      2 comments

**Steve T.** reposted this • 2mo

Exciting news from the Snowflake Summit in SF! Neo4j just announced a game-changing partnership with Snowflake, integrating its native graph data s  ...show more

**Neo4j Announces Collaboration with Snowflake for Advanced AI Insi...**
neo4j.com

 12



**EXHIBIT 4**

Steve T. reposted this • 4mo

Neo4j, the world's leading graph database and analytics company, has announced an expansion of its alliance with Deloitte in the U.S. market. The partnership ...show more


Neo4j Joins Deloitte Data and AI Ecosystem in Major Alliance Expansi...
neo4j.com

 12

Show all posts →

# Experience


**VP Central Sales**
Neo4j · Full-time
Sep 2017 - Present · 7 yrs
Greater Chicago Area and Florida

Our industry leading graph platform takes a connections-first approach to data. We broaden a company's ability to recognize the importance of...

**Director of Sales**
Zoomdata (Acquired by Logi Analytics)
Mar 2015 - Sep 2017 · 2 yrs 7 mos
Greater Chicago Area

Responsible for Central Region and EMEA sales for a fast growing big data visualization start-up. ...


**Sr Sales Executive**
EMC and Pivotal (Acquired by Dell and VMWare)
Jan 2012 - Mar 2015 · 3 yrs 3 mos
Greater Chicago Area

At Pivotal, our mission is to enable customers to build a new class of applications, leveraging big and fast data, and do all of this with the power...


**Application Sales Manager**
Oracle
2007 - 2011 · 4 yrs

Use a consultative selling approach to help clients align their IT initiatives to organizational strategies. Responsible for the entire suite of Oracle's...

**Account Executive**
Effective Management Systems (Acquired by IFS) · Full-time
Jun 2007 - Dec 2010 · 3 yrs 7 mos

Sold BAAN ERP for the largest reseller in North America.

Show all 7 experiences →

# Education

**DePaul Kellstadt Graduate School of Business**
Master of Business Administration - MBA


**DePaul Driehaus College of Business**
MBA, Business Strategy
2002 - 2005

MBA- Business Strategy

Show all 4 educations →

# Volunteering

**social worker**
The Salvation Army
Apr 1991 - Feb 2003 · 11 yrs 11 mos
Poverty Alleviation

## Skills

**Business Intelligence**
Endorsed by 2 colleagues at Oracle
9 endorsements

**Customer Relations**

Show all 24 skills →

## Recommendations

**Received**  Given

 **Steven Drane** · 3rd
Advising Leading Brands on Digital Commerce Transformations
August 30, 2010, Steven worked with Steve on the same team

Steve brings his successful enterprise software experience to every situation. While I worked with him at Comergent I witnessed his persistence in building his pipeline and identifying new opportunities as well as his attention to detail and excellence while managing a highly competitive sales cycle. Steve would bring significant value to any technology company that was attempting large dollar transactions at fortune 1000 firms.

## Patents

**Sports Betting System**
US 62344015 · Filed Jun 1, 2016

## Organizations

**Big Data Chicago and Spark User Group**

## Interests

**Top Voices**  Companies  Newsletters  Schools

 **Bernard Marr** · 3rd
📖 Internationally Best-selling #Author 🎤 #KeynoteSpeaker 🤖 #Futurist 💻 #Business, #Tech & #Strategy Advisor
1,517,144 followers

+ Follow