IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHARLES CRAWLEY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:24-cv-06692 |
| ) | |
| **NEO4J, INC.**, a Delaware corporation; ) | |
| **STEVE TUREK; KRISTIN CABOT;** ) | |
| **MARC ROUALET; ALYSON WELCH;** ) | |
| **CLIFF BOCKARD; KENT CORSON;** ) | |
| **and ALYSSA PERREAULT,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:  Mr. Nicholas J. Daly
 Mr. John P. Maniatis
 Cruser Mitchell Novitz Sanchez Gaston Zimet LLP
 205 N. Michigan Avenue, Suite 4240
 Chicago, IL 60601
 (312) 748-1302
 ndaly@cmlawfirm.com
 jmaniatis@cmlawfirm.com
 Attorneys for Defendants

YOU ARE HEREBY NOTIFIED that on **August 15 2024,** we electronically filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Motion for Remand**, a copy of which (including Exhibits 1- 4) is attached hereto and served upon you.

 Respectfully submitted,
 By: /s/ Patricia C. Durkin_____
 Attorney for Plaintiff

Patricia C. Durkin
**Law Offices of Terrence F. Durkin**
738 E. Dundee Road, #328
Palatine, Illinois  60074
(708) 209-8303 (Mobile)
(847) 241-0221(f)
Bar # 6204660
pcdurkin@comcast.net